LEE, GOODWIN, LEE, LEWIS & DOBSON
Kyle Goodwin (OBA #17036)
William M. Lewis (OBA #19862)
1300 E. 9th, Suite 1
Edmond, OK 73034
Telephone: (405) 330-0118
Facsimile: (405) 330-0767

*Counsel for Ralph Rindler and
Proposed Liaison Counsel for the Class*

BROWER PIVEN
  A Professional Corporation
Charles J. Piven (*pro hac vice* to be filed)
1925 Old Valley Road
Stevenson, MD 21153
Telephone: (410) 332-0030
Facsimile: (410) 685-1300

*Counsel for Ralph Rindler and
Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| STEVE SURBAUGH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>SANDRIDGE ENERGY, INC., TOM L. WARD, JAMES D. BENNETT, EDDIE M. LEBLANC, AND RANDALL D. COOLEY,<br><br>Defendants. | **Civil Action No. 5:14-CV-01252-D** |

| | |
|---|---|
| STEVEN T. DAKIL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SANDBRIDGE ENERGY, INC., TOM WARD, JAMES D. BENNETT, and EDDIE M. LEBLANC,<br><br>Defendants. | Civil Action No. 5:12-CV-01256-R |

# MOTION OF RALPH RINDLER TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL

PLEASE TAKE NOTICE that Ralph Rindler ("Mr. Rindler") hereby respectfully moves this Court for an Order: (1) consolidating the above-captioned related actions ("Actions"); (2) appointing him as the Lead Plaintiff in these Actions pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (3) approving his selection of the law firm of Brower Piven, A Professional Corporation ("Brower Piven") as Lead Counsel for the Class and approving the law firm of Lee, Goodwin, Lee, Lewis & Dobson ("LGL") as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Mr. Rindler makes this Motion based on the belief that he is the most "adequate plaintiff" as defined in the PSLRA because: (1) he has incurred the largest financial interest in the relief sought by the Class as a result of his purchases of SandRidge Energy,

Inc. securities during the Class Period; and (2) he satisfies the typicality and adequacy requirements of Federal Rule of Civil Procedure 23.

Mr. Rindler further requests that the Court approve his selection of Brower Piven as Lead Counsel for the Class and LGL as Liaison Counsel for the Class.  Brower Piven has actively investigated the allegations raised against Defendants.  Further, Brower Piven is a nationally-recognized law firm with significant class action, fraud, and complex litigation experience, with the resources to effectively and properly pursue these Actions.  LGL is a respected Oklahoma law firm, and its attorneys have experience litigating complex actions.

The facts and law supporting this Motion are fully set forth in the accompanying Memorandum In Support Of the Motion Of Ralph Rindler To Consolidate Related Actions; To Be Appointed Lead Plaintiff; and To Approve Proposed Lead Plaintiff's Choice Of Counsel and the Declaration Of William M. Lewis In Support Of the Motion Of Ralph Rindler To Consolidate Related Actions; To Be Appointed Lead Plaintiff; and To Approve Proposed Lead Plaintiff's Choice Of Counsel.

**WHEREFORE**, for all of the reasons set forth herein and in the Memorandum In Support Of the Motion Of Ralph Rindler To Consolidate Related Actions; To Be Appointed Lead Plaintiff; and To Approve Proposed Lead Plaintiff's Choice Of Counsel and the Declaration Of William M. Lewis In Support Of the Motion Of Ralph Rindler To Consolidate Related Actions; To Be Appointed Lead Plaintiff; and To Approve Proposed Lead Plaintiff's Choice Of Counsel, submitted herewith, Mr. Rindler respectfully requests that this Court: (1) consolidate the Actions; (2) appoint him as Lead Plaintiff; (3)

approve Brower Piven as Lead Counsel for the Class and LGL as Liaison Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: January 12, 2015    Respectfully submitted,

LEE, GOODWIN, LEE, LEWIS & DOBSON

 */s/ William M. Lewis*
Kyle Goodwin, OBA #17036
William M. Lewis, OBA #19862
*Attorney-in-charge*
1300 E. 9th, Suite 1
Edmond, OK 73034
Telephone: (405) 330-0118
Facsimile:   (405) 330-0767
blewis@edmondlawoffice.com

*Counsel for Ralph Rindler and*
*Proposed Liaison Counsel for the Class*

BROWER PIVEN
   A Professional Corporation
Charles J. Piven (*pro hac vice* to be filed)
1925 Old Valley Road
Stevenson, MD 21153
Telephone: (410) 332-0030
Facsimile:  (410) 685-1300
piven@browerpiven.com

*Counsel for Ralph Rindler and*
*Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of January, 2015, true and correct copies of the Motion Of Ralph Rindler To Consolidate Related Actions; To Be Appointed Lead Plaintiff; and To Approve Proposed Lead Plaintiff's Choice Of Counsel; the Memorandum In Support Of the Motion Of Ralph Rindler To Consolidate Related Actions; To Be Appointed Lead Plaintiff; and To Approve Proposed Lead Plaintiff's Choice Of Counsel; the Declaration of William M. Lewis In Support Of the Motion Of Ralph Rindler To Consolidate Related Actions; To Be Appointed Lead Plaintiff; and To Approve Proposed Lead Plaintiff's Choice Of Counsel (with Exhibits A-E); and the [Proposed] Order Consolidating the Actions, Appointing Lead Plaintiff and Approving Proposed Lead Plaintiff's Choice of Counsel were served via this Court's ECF system to all counsel of record as identified on the Notice of Electronic Filing (NEF), and electronically sent to those indicated as non-registered participants.

                                                                     */s/  William M. Lewis*
                                                                           William M. Lewis