# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVE SURBAUGH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SANDRIDGE ENERGY, INC., TOM L. WARD, JAMES D. BENNETT, EDDIE M. LEBLANC, AND RANDALL D. COOLEY,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 5:14-cv-01252-D |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Joanne Sum-Ping of the firm of Covington & Burling, LLP hereby enters her appearance as counsel for the Defendants SandRidge Energy, Inc., James D. Bennett, Eddie M. LeBlanc, and Randall D. Cooley, and certifies that she is admitted *pro hac vice* to practice before this Court.

Respectfully submitted,

s/*Joanne Sum-Ping*
Joanne Sum-Ping, California Bar #296552
Admitted *Pro Hac Vice*
COVINGTON & BURLING, LLP
One Front St.
San Francisco, CA 94111
(415) 591-6000
(415) 591-6091 (Facsimile)
jsumping@cov.com
**ATTORNEY FOR DEFENDANTS SANDRIDGE ENERGY, INC, JAMES D. BENNETT, EDDIE M. LEBLANC, AND RANDALL D. COOLEY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Michael A. Rubenstein | mrubenstein@oklawpartners.com |
| Christopher J. Fawal | christopher.fawal@lw.com |
| George S. Corbyn, Jr. | gcorbyn@corbynhampton.com |
| James C. Word | christian.word@lw.com |
| Joe M. Hampton | jhampton@corbynhampton.com |
| Margaret A. Tough | margaret.tough@lw.com |
| Steven M. Bauer | steven.bauer@lw.com |
| William M. Lewis | blewis@edmondlawoffice.com |
| Derrick L. Morton | morton@nrtlaw.com |
| Douglas A. Terry | terry@nrmdlaw.com |
| John E. Barbush | j.barbush@coxinet.net |
| Don S. Strong | dss@strongmartin.com |
| G. Stephen Martin | gsm@strongmartin.com |
| Matthew A. Stacy | matt@staceylegalgroup.com |

s/*Joanne Sum-Ping*
Joanne Sum-Ping