IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVE SURBAUGH, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>SANDRIDGE ENERGY, INC., TOM L. WARD, JAMES D. BENNETT, EDDIE M. LEBLANC, and RANDALL D. COOLEY,<br><br>    Defendants. | Case No. CIV-14-1252-D |
| STEVEN T. DAKIL, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>SANDRIDGE ENERGY, INC., TOM L. WARD, JAMES D. BENNETT, and EDDIE M. LEBLANC,<br><br>    Defendants | Case No. CIV-14-1256-D |

## **ORDER FOR CONSOLIDATION**

Pending before the Court are multiple motions filed by various individuals or groups seeking to be appointed lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4. Although the interested parties may disagree about who should serve in that capacity, all parties and movants appear to agree that the above-referenced cases should be consolidated for all future proceedings.

Upon consideration, the Court hereby:

(1) GRANTS the Motions to Consolidate, [Doc. Nos. 15, 21, 24] in *Surbaugh v. SandRidge Energy, Inc.*, Case No. CIV-14-1252-D, and [Doc. Nos. 18 & 21] in *Dakil v. SandRidge Energy, Inc.*, Case No. CIV-14-1256-D, reserving for future decision the appointment of a lead plaintiff and approval of selection of counsel;

(2) ORDERS the consolidation of Case No. CIV-14-1252-D and Case No. CIV-14-1256-D, for all purposes;

(3) DIRECTS the parties to file all future pleadings, pretrial motions, and other pretrial papers in *Surbaugh v. SandRidge Energy, Inc.*, Case No. CIV-14-1252-D, but to utilize the caption of this Order reflecting both cases; and

(4) DIRECTS the court clerk to administratively close Case No. CIV-14-1256-D until further notice and to add Steven K. Dakil as a named plaintiff in Case No. CIV-14-1252-D.

IT IS FURTHER ORDERED that this consolidated action shall be set for hearing on the motions to be appointed lead plaintiff and to approve selection of counsel. The parties and movants will receive separate notice of the date and time of the hearing.

IT IS SO ORDERED this 17th day of February, 2015.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE