## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVE SURBAUGH, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SANDRIDGE ENERGY, INC., TOM L. WARD, JAMES D. BENNETT, EDDIE M. LEBLANC, AND RANDALL D. COOLEY,<br><br>    Defendants. | **CLASS ACTION**<br><br>**CASE CONSOLIDATION - LEAD CASE**<br><br>Case No.  5:14-cv-01252-D |
| STEVEN T. DAKIL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SANDRIDGE ENERGY, INC., TOM L. WARD, JAMES D. BENNETT, and EDDIE M. LEBLANC,<br><br>    Defendants. | **CLASS ACTION**<br><br>Case No.  5:14-cv-01256-R |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Mark P. Gimbel of the firm of Covington & Burling, LLP hereby enters his appearance as counsel for the Defendants SandRidge Energy, Inc., James D. Bennett, Eddie M. LeBlanc, and Randall D. Cooley and certifies that he is admitted *pro hac vice* to practice before this Court.

Respectfully submitted,

s/*Mark P. Gimbel*
Mark P. Gimbel, New York Bar  #2998102
Admitted *Pro Hac Vice*

COVINGTON & BURLING, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 70018
(212) 841-1161
(646) 441-9161 (Facsimile)
mgimbel@cov.com
**ATTORNEY FOR DEFENDANTS
SANDRIDGE ENERGY, INC, JAMES D.
BENNETT, EDDIE M. LEBLANC, AND
RANDALL D. COOLEY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Michael A. Rubenstein | mrubenstein@oklawpartners.com |
| Francis P. McConville | fmcconville@pomlaw.com |
| Jeremy A. Lieberman | jalieberman@pomlaw.com |
| Christopher J. Fawal | christoper.fawal@lw.com |
| George S. Corbyn, Jr. | gcorbyn@corbynhampton.com |
| James C. Word | christian.word@lw.com |
| Joe M. Hampton | jhamton@corbynhampton.com |
| Margaret A. Tough | margaret.tough@lw.com |
| Steven M. Bauer | steven.gauer@lw.com |
| Derrick L. Morton | morton@nrtlaw.com |
| Douglas A. Terry | terry@ntmdlaw.com |
| John E. Barbush | j.barbush@coxinet.net |
| Don S. Strong | dss@strongmartin.com |
| G. Stephen Martin | gsm@strongmartin.com |

William M. Lewis            blewis@edmondlawoffice.com

Thomas B. Snyder           thomas.snyder@crowedunlevy.com

Matthew A. Stacy           matt@staceylegalgroup.com


s/*Mark P. Gimbel*
Mark P. Gimbel