# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVE SURBAUGH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> SANDRIDGE ENERGY, INC., TOM L. WARD, JAMES D. BENNETT, EDDIE M. LEBLANC, AND RANDALL D. COOLEY, <br><br> Defendants. | **Civil Action No. 5:14-CV-01252-D** |
| STEVEN T. DAKIL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SANDBRIDGE ENERGY, INC., TOM WARD, JAMES D. BENNETT, and EDDIE M. LEBLANC, <br><br> Defendants. | **Civil Action No. 5:14-CV-01256-R** |

## STIPULATION REGARDING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND BRIEFING ON RESPONSE TO CONSOLIDATED COMPLAINT

Lead Plaintiff Ralph Rindler ("Lead Plaintiff") and Defendants Sandridge Energy,

Inc., Tom Ward, James D. Bennett, Eddie M. LeBlanc, and Randall D. Cooley

(collectively, "Defendants"; together with Lead Plaintiff, the "Parties"), through their counsel of record, having met and conferred, submit the following Stipulation Regarding Schedule for Filing of Consolidated Complaint and Briefing on Response to Consolidated Complaint ("Stipulation"), and ask the Court to enter an order consistent with the Stipulation.

WHEREAS, on April 3, 2015, the Court issued an Order appointing Lead Plaintiff and approving Lead Plaintiff's choice of lead counsel and liaison counsel;

WHEREAS, Lead Plaintiff intends to file a consolidated complaint, and Defendants intend to answer or otherwise respond to the consolidated complaint;

WHEREAS, the Parties have consulted each other and agreed on a mutually acceptable schedule for the filing of a consolidated complaint, and the briefing on the answer or response thereto;

NOW, THEREFORE, subject to the approval of the Court, counsel for the Parties stipulate and agree as follows:

(1)     Lead Plaintiff shall file and serve his consolidated complaint no later than July 8, 2015;

(2)     Defendants shall file their answer or otherwise respond to the consolidated complaint no later than September 18, 2015;

(3)     If Defendants move to dismiss or file any other motion(s), Lead Plaintiff shall file and serve his opposition to Defendants' motion(s) no later than November 24, 2015;

(4)     Defendants shall file and serve their reply brief(s) in support of their motion(s) no later than January 15, 2016.

IT IS SO STIPULATED.

Dated: April 24, 2015                    Respectfully Submitted,

BROWER PIVEN
   A Professional Corporation

*/s/ Yelena Trepetin*
Charles J. Piven (*pro hac vice* to be filed)
Yelena Trepetin (admitted *pro hac vice*)
1925 Old Valley Road
Stevenson, MD 21153
Telephone: (410) 332-0030
Facsimile:   (410) 685-1300
piven@browerpiven.com
trepetin@browerpiven.com

*Counsel for Ralph Rindler and*
*Lead Counsel for the Class*

LEE, GOODWIN, LEE, LEWIS & DOBSON
Kyle Goodwin, OBA #17036
1300 E. 9th, Suite 1
Edmond, OK 73034
Telephone: (405) 330-0118
Facsimile:   (405) 330-0767
kgoodwin@edmondlawoffice.com

*Counsel for Ralph Rindler and*
*Liaison Counsel for the Class*

April 24, 2015

*/s/ Thomas B. Snyder*
Thomas B. Snyder, OBA #31428
CROWE & DUNLEVY
A Professional Corporation
324 N. Robinson, Ste. 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
thomas.snyder@crowedunlevy.com

*ATTORNEYS FOR DEFENDANTS*
*SANDRIDGE ENERGY, INC., JAMES D.*
*BENNETT, EDDIE M. LEBLANC AND*
*RANDALL D. COOLEY*

*/s/ George S. Corbyn, Jr.*
George S. Corbyn, Jr. OBA # 1910
CORBYN HAMPTON LAW FIRM
211 North Robinson, Suite 1910
One Leadership Square
Oklahoma City, Oklahoma 73102
Telephone: (405) 239-7055
Facsimile: (405) 702-4348
gcorbyn@corbynhampton.com

*ATTORNEYS FOR DEFENDANT TOM L. WARD*

**IT IS SO ORDERED**.

Dated: _____, 2015     _____
                                        UNITED STATES DISTRICT JUDGE