UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVE SURBAUGH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>SANDRIDGE ENERGY, INC., TOM L. WARD, JAMES D. BENNETT, EDDIE M. LEBLANC, AND RANDALL D. COOLEY,<br><br>Defendants. | Case No. CIV-14-1252-D<br><br><br><br>Consolidated with:<br><br><br><br>Case No. CIV-14-1256-D |
| STEVEN T. DAKIL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SANDBRIDGE ENERGY, INC., TOM WARD, JAMES D. BENNETT, and EDDIE M. LEBLANC,<br><br>Defendants. | |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE IN RESPONSE TO CONSOLIDATED COMPLAINT**

Lead Plaintiff Ralph Rindler ("Lead Plaintiff") and Defendants Sandridge Energy, Inc., Tom Ward, James D. Bennett, Eddie M. LeBlanc, and Randall D. Cooley (collectively, "Defendants"; together with Plaintiff, the "Parties"), through their counsel

of record, having met and conferred, respectfully submit the following Joint Motion to Modify Briefing Schedule In Response to Consolidated Complaint ("Joint Motion"), and ask the Court to enter an order consistent with the Joint Motion.

WHEREAS, on April 3, 2015, the Court issued an Order appointing Lead Plaintiff and approving Lead Plaintiff's choice of lead counsel, a law firm headquartered in Baltimore, and liaison counsel;

WHEREAS, the Parties have consulted each other and agreed on a mutually acceptable schedule for the filing of a consolidated complaint, and the briefing on the answer or response thereto;

WHEREAS, the briefing schedule submitted to the Court for approval on April 24, 2015 inadvertently contained the wrong date (January 9, 2016) for Defendants to file and serve their reply brief(s) in support of their motion(s) in response to the consolidated complaint, as the agreed to date between the parties was January 15, 2016.

Pursuant to LCvR7.1(h) the parties state as follows:

(1)     Under the Order Granting Joint Motion for Extension of Time to File Consolidated Complaint and Briefing in Response to Consolidated Complaint, Dkt. No. 81, Defendants shall file their reply brief(s) in support of their motion(s) no later than January 9, 2016.

(2)     The only previous motion for extension of time, filed on April 24, 2015, inadvertently contained the wrong date than the one agreed to by the parties.

(3) Counsel for the parties, after a meet and confer, agree that the interests of the parties are best served by the change of the date for Defendants' reply briefs from January 9, 2016 to January 15, 2016.

(4) Opposing counsel agrees with the requested Motion and enters said Motion jointly with Plaintiff.

(5) There is no impact on the trial schedule as no Scheduling Order has been set.

(6) Subject to the approval of the Court, counsel for the Parties respectfully move this Court to modify the date for Defendants to file and serve their reply brief(s) in support of their motion(s) to no later than January 15, 2016.

Dated: May 8, 2015                Respectfully Submitted,

                    BROWER PIVEN
                      A Professional Corporation

                    */s/ Yelena Trepetin*
                    Charles J. Piven (*pro hac vice* to be filed)
                    Yelena Trepetin (admitted by *pro hac vice*)
                    No Bar Numbers Issued in Maryland
                    *Counsel for Ralph Rindler and*
                    *Lead Counsel for the Class*
                    1925 Old Valley Road
                    Stevenson, MD 21153
                    Telephone: (410) 332-0030
                    Facsimile:  (410) 685-1300
                    piven@browerpiven.com
                    trepetin@browerpiven.com

|  |  |
|---|---|
|  | */s/ Matt Stacy*<br>Matt Stacy<br>OBA #31880<br>*Counsel for Ralph Rindler and*<br>*Liaison Counsel for the Class*<br>STACY LEGAL GROUP<br>9905 S. Pennsylvania Ave.<br>Oklahoma City, OK 73159<br>Telephone: (405) 735-3800<br>Facsimile:  (855) 659-5780<br>matt@stacylegalgroup.com |
| May 8, 2015 | */s/ Thomas B. Snyder*<br>(Signed by Filing Attorney with Permission of Attorney)<br>Thomas B. Snyder<br>OBA #31428<br>*ATTORNEYS FOR DEFENDANTS SANDRIDGE ENERGY, INC., JAMES D. BENNETT, EDDIE M. LEBLANC AND RANDALL D. COOLEY*<br>CROWE & DUNLEVY<br>A Professional Corporation<br>324 N. Robinson, Ste. 100<br>Oklahoma City, OK 73102-8273<br>(405) 235-7700<br>(405) 239-6651 (Facsimile)<br>thomas.snyder@crowedunlevy.com |
|  | */s/ George S. Corbyn Jr.*<br>(Signed by Filing Attorney with Permission of Attorney)<br>George S. Corbyn, Jr.<br>OBA # 1910<br>*ATTORNEYS FOR DEFENDANT TOM L. WARD*<br>CORBYN HAMPTON LAW FIRM<br>211 North Robinson, Suite 1910<br>One Leadership Square<br>Oklahoma City, Oklahoma 73102<br>Telephone: (405) 239-7055<br>Facsimile: (405) 702-4348<br>gcorbyn@corbynhampton.com |