IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVE SURBAUGH, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br>v.<br><br>SANDRIDGE ENERGY, INC., TOM L. WARD, JAMES D. BENNETT, EDDIE M. LEBLANC, and RANDALL D. COOLEY,<br><br>            Defendants. | Case No. CIV-14-1252-D<br><br><br><br>Consolidated with: |
| STEVEN T. DAKIL, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br>v.<br><br>SANDRIDGE ENERGY, INC., TOM L. WARD, JAMES D. BENNETT, and EDDIE M. LEBLANC,<br><br>            Defendants | Case No. CIV-14-1256-D |

## ORDER FOR WITHDRAWAL OF LEAD PLAINTIFF AND COUNSEL

This matter comes before the Court upon the Motion for Withdrawal of Lead Plaintiff and Lead Counsel [Doc. No. 80], filed by Ralph Rindler.  The lead plaintiff appointed by Order of April 3, 2015, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, states that he no longer wishes to pursue this action for himself or the proposed class; he asks that his appointment be rescinded and his counsel be permitted to withdraw as class counsel.  Upon consideration, the Court finds that the Motion should be granted and that any movant who previously filed a timely motion for appointment as lead

plaintiff but withdrew it in light of Mr. Rindler's motion, and who now wishes to be considered for appointment in his place, should be permitted to file a new motion.

IT IS THEREFORE ORDERED that the Motion for Withdrawal of Lead Plaintiff and Lead Counsel [Doc. No. 24] is GRANTED.

IT IS FURTHER ORDERED as follows:

(1) Ralph Rindler is withdrawn as Lead Plaintiff and terminated as a party to this action;

(2) The law firm of Brower Piven is withdrawn as Lead Counsel for the proposed class and terminated as counsel of record in the case;

(3) The law firm of Lee, Goodwin, Lee, Lewis & Dobson is withdrawn as liaison counsel for the proposed class and terminated as counsel of record;

(4) Attorney Matthew A. Stacy of Stacy Legal Group, who also entered an appearance as local counsel for Ralph Rindler, is withdrawn as counsel of record; and

(5) Any prior movant for appointment as lead plaintiff who wishes to be considered for appointment in light of Mr. Rindler's withdrawal may file a new motion within 30 days from the date of this Order.

IT IS SO ORDERED this 13th day of May, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE